CHAPPLE *v.* NATIONAL HARDWOOD CO.

This case is ruled by *Dinsmore* v. *National Hardwood Co., ante,* 436.

Certiorari to Montcalm; Hawley (Royal A.), J. Submitted January 8, 1926. (Docket No. 70.) Decided April 15, 1926. Rehearing denied June 7, 1926.

Case by Wilbert C. Chapple against the National Hardwood Company, Joseph J. Jacobson, and Abram W. Sempliner for fraud in the sale of corporate stock. From an order denying a motion to dismiss, defendant Sempliner brings certiorari. Reversed and dismissed as to defendant Sempliner.

*Charles E. Ward, Frank D. Eaman, Peter J. Monaghan,* and *James T. McAllister,* for appellant.

*Norris, McPherson, Harrington & Waer (Foss O. Eldred,* of counsel), for appellee.

WIEST, J. Abram W. Sempliner is an attorney at law residing in the city of Detroit. He was sued in the Montcalm circuit, charged with liability to respond in damages to purchasers of stock in the National Hardwood Company by reason of fraud alleged to have been perpetrated upon the Michigan securities commission in obtaining permit to sell stock in this State. The National Hardwood Company is a Delaware corporation, and, in accordance with law, it had to and did file its consent to service of process against it upon the commissioner of the State banking department. Sempliner and Jacobson, the two other defendants, reside in the city of Detroit and were there served

with process.   Process against the National Hard-
wood Company was served on the commissioner of the
State banking department.

Mr. Sempliner appeared specially and moved to set
the service upon him aside and also claimed the declara-
tion stated no case against him.   By certiorari we
review denial of such motion.   Questions of practice
are not urged.   The question of service of process
need not be decided, as we entertain the opinion
that the declaration states no cause of action against
Mr. Sempliner.   Our reasons are set forth in *Dins-
more* v. *National Hardwood Co., ante,* 436.

The decision in the circuit is reversed, and the suit,
as to defendant Sempliner, dismissed, with costs to
him.

BIRD, C. J., and SHARPE, SNOW, FELLOWS, CLARK,
and MCDONALD, JJ., concurred.   STEERE, J., took no
part in this decision.